An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE KATHY A.
HARDCASTLE; AND THE
HONORABLE MICHAEL VILLANI,
DISTRICT JUDGE,
Respondents,
    and
CATHERINE CORTEZ MASTO,
Real Party in Interest.

No. 66853

FILED

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus, or alternatively, a writ of prohibition. Petitioner challenges the validity of his judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. A challenge to the validity of the judgment of conviction must be raised in a post-conviction

14-40317

petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____, J.
Pickering

_____ J.
Parraguirre

cc:    Chief Judge, Eighth Judicial District Court
Hon. Kathy A. Hardcastle, Senior Judge
Hon. Michael Villani, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.